JS-6

FILED
CLERK, U.S DISTRICT COURT

MAR 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROY BENNETT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GEORGE A. NEOTTI,<br><br>　　　　Respondent. | CASE NO. CV 09-5723-VBF (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _____3-20-11_____.

　　　　　　　　　　　　　　　　/s/ Valerie Baker Fairbank
　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\BENNETT, D 5723\Judgment.wpd